AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
District of Nevada

Mansa Mage
_____
Plaintiff/Petitioner

v.

Mansa Mage Unemployment
_____
Defendant/Respondent

)
)
)
)
)
)

2:24-cv-02008-RFB-DJA

Civil Action No.

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.*  If I am employed, my employer's name and address are:

My gross pay or wages are:  $ __1,600__ , and my take-home pay or wages are:  $ __1,400__ per
*(specify pay period)* __month__ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*



| ✓ FILED | _____ RECEIVED |
|---|---|
| _____ ENTERED | _____ SERVED ON |
| | COUNSEL/PARTIES OF RECORD |

OCT 2 5 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ _222.54_.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

Automobile    2014 Nissan Rogue

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

mortage $1,434.00      Car gas $80

Cell $146.00      Water sewer garbage 85.00

HOA $27.00      power $460

Car insurance $121

Internet $60

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

my daughter - She's 15 1/2

my husband - He has cancer & going through treatment 46 yr. old

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Any debts are monthly expenses

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 10/25/24

_____
Applicant's signature

Marisa Gage
Printed name



**CITY OF NORTH LAS VEGAS**

For account information or inquiries: (702) 633-1484
See reverse side for additional information
Pay online at www.cityofnorthlasvegas.com

| | |
|---|---|
| Customer Number | 2050346 |
| Account Number | 130872 |

**Online Banking Account #**    2050346-130872-6

Use this same as account number for your electronic or online bank bill payments

| | | |
|---|---|---|
| Billing Date | | 10/16/2024 |
| Service Address | | 2932 SUNDAY SILENCE RD |
| Account Type | | Single Family |
| Balance Forward | | 0.00 |
| Current Charges - Due 11/6/2024 | | 85.89 |
| **Total Amount Due** | | **85.89** |
| After 11/6/2024, pay 94.48 | | |

Effective October 01, 2024 water and sewer rates increased 3%. Monthly bills will reflect a prorated charge.

### Billing Summary

| | | |
|---|---|---|
| Payment - Thank You | | (82.70) |
| Previous Bill | | 82.70 |
| **Balance Forward** | | **0.00** |
| Water - Daily Water Service | | 12.65 |
| Water Usage - Tier 1 (Days -25) | 4.2 x 2.34 | 9.83 |
| Water Usage - Tier 1 (Days -5) | 0.8 x 2.41 | 1.93 |
| *Water Subtotal* | | *24.41* |
| Sewer | (Days -25) | 19.01 |
| Sewer | (Days -5) | 3.92 |
| *Wastewater Subtotal* | | *22.93* |
| *Graffiti - Community Improvement* | | *0.75* |
| **City of North Las Vegas Utility Subtotal** | | **48.09** |
| SNWA - Reliability Surcharge | | 0.07 |
| SNWA - Infrastructure Charge | | 16.12 |
| SNWA - Commodity Charge | 5.0 x 0.61 | 3.05 |
| **Southern Nevada Water Authority Subtotal** | | **19.24** |
| Garbage - Single Family Residential | | 18.43 |
| Garbage - State Taxes | | 0.13 |
| **Republic Services Garbage, Com & Mod Tax** | | **18.56** |
| **Current Charges** | | **85.89** |

| Current Read Date | Current Read | Days | Usage (thousand gallons) | Meter Size |
|---|---|---|---|---|
| 10/5/2024 | 289 | 30 | 5 | 0.75 |

Mandatory Watering Group D. For further information, visit www.cityofnorthlasvegas.com/wschedule .



**Pay with CASH    7-Eleven**
There is no fee and payments are posted same-day. Find participating stores at payneame.com/cashmap

**Store Instructions:**
1. Scan barcode
2. Enter payment Amount
3. Accept cash from customer
4. Give customer receipt

Scan for
**Mobile Pay**
**Debit-Credit**
**Apple Pay**
**Google Pay**



Subject to PayNearMe(TM), Inc. Terms of Use at

PROHEALTH THERAPEUTIC & EMPOWERMENT SERV  7014-4062
2620 S Maryland Parkway Suite 14-199
Las Vegas NV  89109

EE ID: 101          DD

MARISA A GAGE
2932 SUNDAY SILENCE RD
NORTH LAS VEGAS NV  89086

| PERSONAL AND CHECK INFORMATION |
|---|
| Marisa A Gage |
| 2932 Sunday Silence Rd |
| North Las Vegas, NV  89086 |
| Employee ID: 101 |

Pay Period: 09/01/24 to 09/15/24
Check Date: 10/01/24    Check #: 100062

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 10015.38 |
| Chkg 205 | 792.84 | 4700.06 |
| NET PAY | 792.84 | 14715.44 |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | | | | 635.3400 | 10197.94 |
| | | Hourly | 54.0000 | 16500 | 891.00 | 371.2900 | 6126.30 |
| | | Total Hours | 54.0000 | | | 1006.6300 | |
| | | Total Hrs Worked | 54.0000 | | | | |
| | | Gross Earnings | | | 891.00 | | 16324.24 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 55.24 | 1012.10 |
| | Medicare | | 12.92 | 236.70 |
| | Fed Income Tax | J  +$30 | 30.00 | 360.00 |
| | TOTAL | | 98.16 | 1608.80 |

| NET PAY | | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | | | 792.84 | 14715.44 |

6667 7014-4062  ProHealth Therapeutic & Empowerment Services • 2620 S Maryland Parkway Suite 14-199 • Las Vegas NV  89109 • (702) 418-6028

PROHEALTH THERAPEUTIC & EMPOWERMENT SERV  7014-4062
2620 S Maryland Parkway Suite 14-199            EE ID: 101          DD
Las Vegas NV  89109

MARISA A GAGE
2932 SUNDAY SILENCE RD
NORTH LAS VEGAS NV  89086

| PERSONAL AND CHECK INFORMATION | | |
| --- | --- | --- |
| Marisa A Gage | | |
| 2932 Sunday Silence Rd | | |
| North Las Vegas, NV  89086 | | |
| Employee ID: 101 | | |

Pay Period: 08/16/24 to 08/31/24
Check Date: 09/16/24    Check #: 100052

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| --- | --- | --- |
| Check Amount | 0.00 | 10015.38 |
| Chkg 205 | 819.51 | 3907.22 |
| NET PAY | 819.51 | 13922.60 |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Regular | | | | 636.3400 | 10197.94 |
| | | Hourly | 55.7500 | 16500 | 919.88 | 317.2900 | 5235.30 |
| | | Total Hours | 55.7500 | | | 952.6300 | |
| | | Total Hrs Worked | 55.7500 | | | | |
| | | Gross Earnings | | | 919.88 | | 15433.24 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
| --- | --- | --- | --- | --- |
| | Social Security | | 57.03 | 956.86 |
| | Medicare | | 13.34 | 223.78 |
| | Fed Income Tax | J  +$30 | 30.00 | 330.00 |
| | TOTAL | | 100.37 | 1510.64 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
| --- | --- | --- |
| | 819.51 | 13922.60 |

PROHEALTH THERAPEUTIC & EMPOWERMENT SERV 7014-4062
2620 S Maryland Parkway Suite 14-199        EE ID: 101          DD
Las Vegas NV 89109

MARISA A GAGE
2932 SUNDAY SILENCE RD
NORTH LAS VEGAS NV 89086

**PERSONAL AND CHECK INFORMATION**
Marisa A Gage
2932 Sunday Silence Rd
North Las Vegas, NV 89086
Employee ID: 101

Pay Period: 09/01/24 to 09/15/24
Check Date: 10/01/24    Check #: 100062

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 10015.38 |
| Chkg 205 | 792.84 | 4700.06 |
| NET PAY | 792.84 | 14715.44 |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Regular | | | | 635.3400 | 10197.94 |
| | | Hourly | 54.0000 | 16500 | 891.00 | 371.2900 | 6126.30 |
| | | Total Hours | 54.0000 | | | 1006.6300 | |
| | | Total Hrs Worked | 54.0000 | | | | |
| | | Gross Earnings | | | 891.00 | | 16324.24 |

| WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | CURRENT ($) | | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Social Security | | | 55.24 | | 1012.10 |
| | | Medicare | | | 12.92 | | 236.70 |
| | | Fed Income Tax | J +$30 | | 30.00 | | 360.00 |
| | | TOTAL | | | 98.16 | | 1608.80 |

| | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| **NET PAY** | | 792.84 | 14715.44 |

6667 7014-4062 ProHealth Therapeutic & Empowerment Services • 2620 S Maryland Parkway Suite 14-199 • Las Vegas NV 89109 • (702) 418-6028

# ◥ PENNYMAC

P.O. Box 514387
Los Angeles, CA 90051-4387

011745 7885427 000 01 001

GARY GAGE
MARISA GAGE
2932 SUNDAY SILENCE RD
NORTH LAS VEGAS, NV 89086-1580

## Mortgage Activity Statement

Statement Date: August 12, 2024

| | |
|---|---|
| Loan Number: | 8194513171 |
| Payment Due Date: | September 1, 2024 |
| **Amount Due:** | **$1,633.80** |

*If payment is received after 9/16/2024, $62.00 late fee will be charged. If the Amount Due changes based on the terms of your mortgage, the late fee amount may also change.*

### Explanation of Amount Due

**Contractual Amount Due**

| | |
|---|---|
| Principal: | $662.17 |
| Interest: | $579.58 |
| Escrow (Taxes and Insurance): | $392.05 |
| **Regular Monthly Payment:** | **$1,633.80** |
| Fees & Charges (total outstanding) | $0.00 |
| Charges since last statement: | $0.00 |
| Credits since last statement: | $0.00 |
| Overdue Payment: | $0.00 |
| **Total Amount Due:** | **$1,633.80** |

### Important Messages

**\*Suspense:** Any amount received less than a full payment will be applied to a suspense account for your mortgage. When enough is received to equal a full payment, a full payment will be applied to your mortgage.

### Account Information

Property Address: 2932 SUNDAY SILENCE RD
NORTH LAS VEGAS, NV 89086

| | |
|---|---|
| Unpaid Principal Balance: | $292,838.51 |
| Escrow Balance: | $1,126.21 |
| Suspense Balance: | $0.00 |
| Interest Rate: | 2.375% |
| Prepayment Penalty: | No |

### Past Payments Breakdown

| | | |
|---|---|---|
| Principal: | $660.87 | $5,250.52 |
| Interest: | $580.88 | $4,683.48 |
| Escrow (Taxes & Insurance): | $392.05 | $3,079.90 |
| Fees: | $0.00 | $0.00 |
| Suspense*: | $0.00 | $0.00 |
| Total: | $1,633.80 | $13,013.90 |

---

1000 - Billing Statement

**You are enrolled in AutoPay. This coupon is provided for informational purposes only. If your AutoPay is cancelled before your next scheduled draft, please initiate your payment.**

# ◥ PENNYMAC

Payment Date: 9/1/2024

Loan Number: 8194513171

| | |
|---|---|
| Payment Amount | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Other | $ |
| Total Amount Enclosed | $ |

*Please write the loan number on the front of your check*

PennyMac Loan Services, LLC
PO BOX 30597
LOS ANGELES, CA 90030-0597

GARY GAGE
MARISA GAGE
2932 SUNDAY SILENCE RD
NORTH LAS VEGAS, NV 89086-1580

0100819451317170016338000001633805

## (No Subject)

From:  **Marisa Gage (marisafrogs@yahoo.com)**

To:    **marisagage@yahoo.com**

Date:  **Tuesday, October 22, 2024 at 01:47 PM PDT**



ACCT #: **PRHA0001029701**
AMOUNT DUE: **$54.80**
AS OF DATE: **August 12, 2024**

ATTN: **GARY GAGE**
**MARISA GAGE**



# FirstService
## RESIDENTIAL

|  |  |  |  |  | $0.00 |
|---|---|---|---|---|---|
| 06.01.2024 | PREVIOUS BALANCE | | | | 27.40 |
| 08.01.2024 | MA Chg Monthly Assessment | 27.40 | | | 54.80 |
| 09.01.2024 | MA Chg Monthly Assessment | 27.40 | | | |
| 2932 Sunday Silence Rd North Las Vegas NV 89086 | | | | | |



# FirstService
## RESIDENTIAL

**Ways to pay:**
Mail a payment to Click-Pay P.O. Box 30422 Tampa, FL 33630-3422
(Include your 14-digit account number in the memo line from below) example AAAA-0001-0001-02
• Pay by phone 1-888-354-0135 an additional fee will apply
Login to create an account:
https://www.clickpay.com/custom/clickpay
Set-up **Recurring Payments only** using your checking account information it's **Free of charge**
**Effective 08/01/2024 ALL onetime payments will be charges a processing fee of $3.00**

**E-statement:**
Login to create an account
https://estatements.welcomelink.com/NEVADA