# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Marisa Gage,<br><br>                    Plaintiff,<br><br>    v.<br><br>Unemployment Security Dept.,<br><br>                    Defendant. | Case No. 2:24-cv-02008-RFB-DJA<br><br>**Order** |

Before the Court is plaintiff Marisa Gage's application to proceed *in forma pauperis*. (ECF No. 1). Plaintiff's application is incomplete. While she has filled out most of the application, she has not completed question 2, which asks for her to state her employer's name and address. The Court will thus deny Plaintiff's application without prejudice and with leave to re-file it.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is denied without prejudice and with leave to amend. The Clerk of Court is kindly directed to send Plaintiff a copy of this order and a copy of the approved short form application for a non-inmate to proceed *in forma pauperis*.[1]

---

[1] This form can be found online at https://www.nvd.uscourts.gov/court-information/forms/ under Code AO 240.

IT IS FURTHER ORDERED that Plaintiff shall have until **December 2, 2024,** to either (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LSR 1-1; or (2) pay the full $405 filing fee, which includes the $350 filing fee plus the $55 administrative fee. **Plaintiff is advised that failure to comply with this order will result in a recommendation to the district judge that the case be dismissed.**

DATED: October 31, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE